No. 581. COMMISSIONER OF INTERNAL REVENUE *v.* COURT HOLDING Co. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the

Fifth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Maurice Kay* for respondent.